*Appeal No. 08-16103*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

IN RE: GERALD D.W. NORTH,
*Debtor.*

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 3 1 2009

FILED _____
DOCKETED _____
DATE      INITIAL

---

GERALD D.W. NORTH; NORTH & CO., INC., formerly an Arizona corporation;
SHERMAN BROOK, as Trustee of the David North II Trust, and CERES
INVESTMENTS LIMITED PARTNERSHIP,

*Appellants*

vs.

THE CITY OF BULLHEAD CITY,
*Trustee-Appellee*

---

On Appeal From the United States District Court
for the District of Arizona
Hon. Roslyn O. Silver
Case No. CV07-00865-ROS

---

## MOTION FOR LEAVE TO APPEAR TELEPHONCALLY

---

Gerald D.W. North
GERALD D.W. NORTH & ASSOCIATES
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Telephone: (949) 373-6090
geraldnorth@geraldnorthassociates.com

Undersigned counsel, a member in good standing of the bar of this Court, is scheduled to appear tomorrow, September 1, 2009, at 9:00 a.m., to argue the above captioned matter on his own behalf.

Over the weekend, an elderly relative suffered a stroke and is not expected to survive more than a day or two.

Accordingly, it is respectfully requested that the undersigned be allowed to appear tomorrow telephonically.

Respectfully submitted this 31st day of August, 2009.

*/s/ Gerald D.W. North*
Gerald D.W. North
GERALD D.W. NORTH & ASSOCIATES
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Telephone: (949) 373-6090
geraldnorth@geraldnorthassociates.com

2

## Certificate of Service

I hereby certify that I am not a registered CM/ECF user. Accordingly, I further certify that on August 31, 2009, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by facsimile to (415) 355-8556, attention Eliza.

I further certify that I have served the foregoing document by facsimile to the following participants:

Dewain D. Fox
Fennemore Craig, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Attorneys for Appellee
The City of Bullhead City

Gerald D.W. North